## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY BURNETT,** | : | **CIVIL ACTION NO. 1:18-CV-1495** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **SCHNEIDER ELECTRIC USA, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of August, 2019, upon consideration of the parties'

joint motion (Doc. 20) to stay the above-captioned action pending mediation, it is

hereby ORDERED that the joint motion (Doc. 20) is GRANTED and all deadlines

in the above-captioned matter are STAYED for a period of 90 days pending the

outcome of mediation.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania